**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARINA AYZENBERG | : | |
| | : | Civil Action No. 08-3361 |
| v. | : | |
| | : | |
| ANDREW MOGILYANSKY | : | |
| MICHAEL J. REED, ESQUIRE | : | |
| SERGEY NAUMOVSKY | : | |
| ROBERT J. GLEICHERT | : | |

**ENTRY OF APPEARANCE**

Kindly enter our appearance on behalf of the defendant, Michael J. Reed, Esquire, in the above matter.

SWARTZ CAMPBELL LLC

BY: /s/ Jeffrey B. McCarron
JEFFREY B. MC CARRON

Two Liberty Place, 28th Floor
50 South 16th Street
Philadelphia, PA 19102
jmccarron@swartzcampbell.com
215-564-5190

Attorneys for Defendant,
Michael J. Reed

Dated: September 22, 2008