UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
SEP 24 2008

| | | |
|---|---|---|
| Marina Ayzenberg, Plaintiff | : | |
| vs. | : | Civil Action 2:08-CV-3361 PSD |
| Andrew Mogilyansky, et al. Defendants | : | |

**LIMITED ENTRY OF APPEARANCE ON BEHALF OF**

**DEFENDANTS, ANDREW MOGILYANSKY AND SERGEY NAUMOVSKY**

The undersigned hereby enters his appearance on behalf of Defendants, Andrew Mogilyansky and Sergey Naumovsky, solely for the limited purpose of seeking by Motion or Stipulation an extension of time in which those Defendants are to answer or otherwise plead in response to the Complaint in the above-captioned action.

Respectfully Submitted,
TUPITZA, BRYMAN & DIXON, P.C.

Dated: September 19, 2008

By: ______________________

James S. Tupitza, Esquire
Attorney I.D.# 22761
212 West Gay Street
West Chester, PA 19380
(610) 696-2600

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
SEP 24 2008

| | |
|---|---|
| Marina Ayzenberg,<br>Plaintiff<br><br>vs.<br><br>Andrew Mogilyansky, et al.<br>Defendants | Civil Action 2:08-CV-3361 PSD |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that the foregoing limited Entry of Appearance has been served upon Plaintiff's counsel, via First Class Mail with first class postage prepaid, and electronically, on the date of filing.

Ely Goldin, Esquire
Fox Rothschild, LLP
10 Sentry Pkwy #200
P.O. Box 3001
Blue Bell, PA 19422-3001
610 397-6509

Respectfully Submitted,
TUPITZA, BRYMAN & DIXON, P.C.

Dated: September 19, 2008

By: ______________________

James S. Tupitza, Esquire
Attorney I.D.# 22761
212 West Gay Street
West Chester, PA 19380
(610) 696-2600