IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARINA AYZENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-CV-03361-PD |
| | ) | |
| v. | ) | |
| SERGEY NAUMOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
OCT 09 2008
MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

**ENTRY OF APPEARANCE**

Please enter my appearance Pro Se in the above-captioned matter.

_______________________
Sergey Naumovsky
25 Heather Valley Road
Holland, PA 18966