MARCH, HURWITZ & DeMARCO, P.C.
BY: JOSEPH M. DeMARCO, ESQUIRE
ATTORNEY I.D. NO. 44061
17 WEST THIRD ST., P.O. BOX 108
MEDIA, PENNSYLVANIA 19063
(610) 565-3950

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVNAIA

| | | |
|---|---|---|
| MARINA AYZENBERG, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 08-3361 |
| | : | |
| ANDREW MOGILYANSKY, et al. | : | JURY TRIAL DEMANDED |
| Defendants | : | |

**ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

Please enter my appearance for Defendant SERGEY NAUMOVSKY in the above-captioned matter.

BY: /s/ Joseph M. DeMarco
JOSEPH M. DeMARCO, ESQUIRE
Attorney for Defendant, Serge Naumovsky