## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARINA AYZENBERG,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 08-3361** |
| | : | |
| **ANDREW MOGILYANSKY, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 4th day of September, 2009, it is **ORDERED** that Defendant Andrew

Mogilyansky shall respond to Plaintiff's "Motion to Enforce Order of August 31, 2009 and

Request for Sanctions" (Doc. No. 97) **no later than 10:00 a.m. on Tuesday, September 8,**

**2009.**

AND IT IS SO ORDERED.


*s/ Paul S. Diamond*

**Paul S. Diamond, J.**